Filed 1/4/24  P. v. Combs CA6

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SIXTH APPELLATE DISTRICT

| | |
|---|---|
| THE PEOPLE, | H051115 |
| Plaintiff and Respondent, | (Monterey County Super. Ct. No. 23CR001962) |
| v. | |
| CRYSTAL JUNE LEE COMBS, | |
| Defendant and Appellant. | |

Defendant Crystal June Lee Combs appeals from a judgment entered after pleading no contest to the unlawful driving or taking of a vehicle.  She also admitted to a prior conviction for auto theft.  Appointed counsel for Combs filed an opening brief which provides the procedural and factual background of the case but raises no legal challenge to the disposition.  Counsel asks this court to conduct an independent review of the record to determine whether there are any arguable issues.  (See *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).)  Combs was advised of the right to file written arguments on her own behalf but has not responded.  Finding no arguable error that would result in a disposition more favorable to Combs, we affirm the judgment.

# I. FACTUAL AND PROCEDURAL BACKGROUND

## A. *Factual Background*[1]

On March 6, 2023, Detective Pinon of the Monterey County Sheriff's Office, working with a multiagency auto theft task force, located a stolen vehicle parked on Soledad Street in Monterey County. Pinon and California Highway Patrol Officer Rivera began to monitor the vehicle. A short time later, they observed a white female adult get into the driver's seat and begin to drive away. Pinon and Rivera briefly followed the vehicle until a fully marked Monterey County Sheriff's Office patrol vehicle arrived to perform a traffic stop. The driver was ordered out of the vehicle and later identified as Combs.

Rivera spoke with Combs, who claimed she had permission from the registered owner to drive the vehicle. According to Rivera, Combs changed and contradicted her story multiple times by initially stating she took the vehicle in the morning with the registered owner's permission, then later stating she took the vehicle in the morning while the owner was asleep.

## B. *Procedural Background*

On March 9, 2023, the Monterey County District Attorney's Office filed a felony complaint against Combs, charging her with unlawful driving or taking of a vehicle (Veh. Code, § 10851(a); count 1). The complaint further alleged that Combs had previously been convicted of buying or receiving a stolen vehicle (Pen. Code, § 496d, subd. (a)), which constituted a prior auto theft conviction pursuant to Penal Code section 666.5, subdivision (a).

On March 22, 2023, Combs withdrew her plea of not guilty and entered a plea of no contest to unlawful driving or taking of a vehicle (count 1). She also admitted to the allegation that she had previously been convicted of auto theft (Pen. Code, § 666.5, subd.

---

[1] The facts of this offense are taken from the pre-trial services and probation reports, which are also quoted by appellate counsel in her opening brief.

(a).)  In exchange for her plea, Combs agreed to serve a stipulated sentence of two years in county jail.

On April 19, 2023, Combs appeared for sentencing.  The court denied probation and imposed a term of two years in county jail as to count 1.  The court imposed a $600 restitution fine (Pen. Code, § 1202.4, subd. (b)(2)), a $40 court operations assessment (Pen. Code, § 1465.8, subd. (a)(1)), a $30 court facilities assessment (Gov. Code, § 70373), and victim restitution.

On June 6, 2023, Combs filed a notice of appeal but did not seek a certificate of probable cause.

## II. DISCUSSION

Pursuant to *People v. Wende, supra*, 25 Cal.3d 436, we have reviewed the entire record.  We find no arguable error that would result in a disposition more favorable to Combs.

## III.    DISPOSITION

The judgment is affirmed.

_____
Wilson, J.

WE CONCUR:


_____
Greenwood, P.J.


_____
Bamattre-Manoukian, J.


People v. Combs
H051115